```
                                              FILED
                                         U.S. DISTRICT COURT
                                         DISTRICT OF WYOMING

                                             APR 21 2010

                                         Stephan Harris, Clerk
                                              Cheyenne
```

David Lindsey
7887 E. Belleview Ave. Ste. 1100
Englewood CO 80111
Phone Number: (303) 228-2270
Fax Number: (303) 228-2271
Email: david@mdavidlindsey.com

David A. Lane
Darold Killmer
Qusair Mohamedbhai
KILLMER, LANE & NEWMAN, L.L.P.
1543 Champa Street, Suite 400
The Odd Fellows' Hall
Denver, CO 80202
Phone Number: (303) 571-1000
Fax Number: (303) 571-1001

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| Plaintiff(s), | ) |
| | ) |
| WILLIAM AYERS | ) |
| MEGHAN LANKER | ) Case No. 10-cv-79-D |
| | ) |
| vs. | ) |
| | ) |
| Defendant(s) | ) |
| | ) |
| UNIVERSITY OF WYOMING | ) |
| TOM BUCHANAN, in his official capacity | ) |

**ORDER**

    THIS MATTER comes before the Court on Plaintiffs' Unopposed Motion to Amend Caption, and it appearing to the Court that the Motion should be granted;

IT IS HEREBY ORDERED that caption is amended to reflect the correct spelling of Plaintiff Ayers' first name as William, not Williams.

Dated this 21st day of April, 2010

_____
t Judge