David Lindsey
7887 E. Belleview Ave. Ste. 1100
Englewood CO 80111
Phone Number: (303) 228-2270
Fax Number: (303) 228-2271
Email: david@mdavidlindsey.com

David A. Lane
Darold W. Killmer
Qusair Mohamedbhai
**KILLMER, LANE & NEWMAN, L.L.P.**
1543 Champa Street, Suite 400
The Odd Fellows' Hall
Denver, CO 80202
Phone Number: (303) 571-1000
Fax Number: (303) 571-1001

**ATTORNEYS FOR PLAINTIFFS**

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| Plaintiff(s), ) | |
| ) | |
| WILLIAM AYERS ) | |
| MEGHAN LANKER ) | Case No. 10-CV-79-D |
| ) | |
| vs. ) | |
| ) | |
| Defendant(s) ) | |
| ) | |
| UNIVERSITY OF WYOMING ) | |
| TOM BUCHANAN, in his official capacity ) | |

# PLAINTIFFS' CERTIFICATE OF CONFERRAL

1.      Pursuant to U.S.D.C.L.R. 7.1, on April 23, 2010, undersigned conferred in writing at 2:00 p.m., with Thomas Rice, counsel for the Defendant.  Defendants **do not oppose** the relief sought by this Motion.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order authorizing Plaintiff William Ayers to testify via telephone.

Respectfully submitted this 23rd day of April, 2010.

            KILLMER, LANE & NEWMAN, LLP

            /*s/Qusair Mohamedbhai*
            David A. Lane
            Darold Killmer
            Qusair Mohamedbhai
            1543 Champa St., Suite 400
            Denver, Colorado 80202
            (303) 571-1000

            ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of April 2010, a true and correct copy of the foregoing **Certificate of Conferral** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Thomas S. Rice, Esq.
trice@sgrllc.com

            *s/ Qusair Mohamedbhai*