# EXHIBIT A

County of Albany    )
                    ) ss
State of Wyoming    )

### AFFIDAVIT OF MILTON D. ONTIVEROZ

I, MILTON D. ONTIVEROZ, being of the age of majority and duly sworn, do upon my oath, depose and state as follows:

1. I am an employee of the University of Wyoming, in the position of University of Wyoming Communications Specialist.
2. On the afternoon of Friday, March 26, 2010, our office started receiving calls regarding the visit to campus to speak by Mr. Ayers..
3. At that time our office was not tracking all incoming calls or e-mails.
4. On that Friday we received around 70 calls and e-mails.
5. On the afternoon of Monday, March 29th, I received a call from Casper, Wyoming.
6. This phone call started with the caller questioning UW's integrity about Mr. Ayer's background, asking me if I knew he was a known terrorist and that he tried to blow up the Pentagon.
7. The caller became more agitated and demanded to know why we'd let Mr. Ayers speak on campus because of his Weather Underground background.
8. To the best of my recollection the caller said that if Mr. Ayers was allowed to speak on campus that he and his friends would "take care of Mr. Ayers the Cowboy way."
9. I do not recall if I told anyone else in my office about that call.
10. I estimate that I received around 70 calls on Monday, March 29th regarding Mr. Ayers visit.
11. On Tuesday, March 30th, sometime mid-morning, I received a call from a caller in Rock Springs who said he was a Viet Nam vet.
12. He, like others, said the University should not allow Mr. Ayers to speak on campus because of his terrorist background. The caller said that he remembered Mr. Ayers from the 60's and he didn't represent what he fought for.
13. At the end of his message, he said that if UW allowed Mr. Ayers the opportunity to speak on campus that when he was done to send him to Rock Springs and "we can take care of him."
14. I mentioned this to my co-worker Jim Kearns. I told him that the tone from Rock Springs residents that morning was pretty vocal and that several of the men were pretty vocal and using vulgar language. I also mentioned throughout the day to Jim Kearns that others were using vulgar language.
15. Additionally on March 30th, I e-mailed by boss Jessica Kay Lowell, my co-worker Jim Kearns and Director, Don Richards that: "I've taken three straight phone calls from Rock Springs folks and the tone of their message is getting harsher with lots of vulgarities.


EXHIBIT A

16. One person called me an "effen moron" and said that we're all a bunch of "effen idiots" for allowing Ayers to speak on campus.
17. I also received early in the morning on Wednesday the 31st of March an e-mail forwarded from the Social Justice Research Center, stating that: "For those of you that invited this prick I think you should eat a mouthful of buckshot."
18. I forwarded that e-mail to the Chief of Police, Troy Lane at 6:52 am on Wednesday, March 31, because it seemed particularly threatening.

Further affiant sayeth not.

Dated this 23rd day of April, 2010

_[signature]_
Milton D. Ontiveroz

County of Albany  )
                 ) ss
State of Wyoming )

The foregoing statement was acknowledged before me by Milton D. Ontiveroz this 23rd of April 2010.

Witness my hand and official seal.

_[signature]_
Notary Public

My commission expires: March 4, 2013

[Notary Seal: WILMA A. VARGA - NOTARY PUBLIC, COUNTY OF ALBANY, STATE OF WYOMING, MY COMMISSION EXPIRES MARCH 4, 2013]