# **EXHIBIT C**

STATE OF WYOMING   )
                   ) SS
COUNTY OF PLATT    )

### AFFIDAVIT OF KEITH GEIS

I, KEITH GEIS being of the age of majority and duly sworn, do upon my oath, depose and state as follows:

1. I am the President of the Platt Valley Bank in Wheatland, Wyoming.
2. I am a graduate of the University of Wyoming and have previously served as the president of the University of Wyoming Alumni Association. I also received an alumni award from the University of Wyoming, College of Agriculture in 2009.
3. On Saturday, March 27, 2010 I received a voice message on my home telephone from an unidentified male caller.
4. The caller stated that William Ayers was coming to the University of Wyoming to give a speech. He indicated that Mr. Ayers was an anarchist.
5. The caller appeared to presume that I was involved in the decision making with regard to Mr. Ayers visit.
6. At the time of call, I was not even aware that Mr. Ayers was coming to the University of Wyoming campus and I was not involved in the decision making regarding the visit.
7. The caller further stated that if Mr. Ayers does come to campus, "we" will do everything possible to discredit you and to "bring you down."
8. The caller also indicated that "we" will get you thrown out of your position at the University.
9. The caller spoke in a very passionate manner. The message was not rambling but was well structured and logical in the presentation of the message.
10. The call was disturbing to me. I called Chuck Brown, President of the University of Wyoming, Board of Trustees on Monday, March 29, 2010. I informed Mr. Brown that I received the voice message and he indicated the Mr. Ayers was invited to campus and there were security concerns.
11. I am not an easily intimidated individual. However, after I talked to Mr. Brown, I felt the phone call was a bit more menacing.
12. In addition, after I talked to Mr. Brown, I tried to determine the identity of the caller by putting the phone number into a Web site that can provide caller identification. The site only indicated that the phone number was from the Torrington, Wyoming area and was a cell phone. No further information was available on the identity of the caller.
13. I felt a heightened sense of awareness about my surroundings and I paid closer attention to anything out of the ordinary in my normal life.
14. I discussed the matter with my wife and made a determination that I would not report the matter to the police since I could not identify the caller.

EXHIBIT
C

Further Affiant sayeth not.

*[signature]* 4-24-2010

Keith Geis

Sworn before me on April 24, 2010
KEITH H. GEIS

*[signature]* Rebecca K. Barnhart 4/24/2010

REBECCA K. BARNHART - NOTARY PUBLIC
County of Sheridan    State of Wyoming
My Commission Expires February 11, 2012