# EXHIBIT D

County of Campbell )

) ss.

State of Wyoming )

### AFFADAVIT OF SHERILYN LIKEWISE

I, SHERILYN LIKEWISE, being of the age of majority and duly sworn, do upon my oath, depose and state as follows:

1. I am a resident of Gillette, WY, and 1990 alum of UW with a degree in Psychology and a minor in Theater.
2. My husband is also alum and is a civil engineer in Gillette.
3. I have two stepchildren (twins), and I am also their godmother.
4. My daughter is a freshman at UW and a very conscientious student – straight A's her first semester at UW and a straight A student at Campbell County High School with a no absence record for four years.
5. I had heard of the facts of Ayers original invite to the campus and that the event had been cancelled.
6. I received an e-mail from my father on the 13th of April which contained a Sheridan Press report from the AP wire that a student had reserved a room in the Classroom Building at the University of Wyoming for April 28th for Mr. Ayers to speak.
7. I am aware that my daughter primarily has classes on Monday, Wednesday, and Friday, and that several of these are in the Classroom Building.
8. Since April 28th is a Wednesday, I was concerned for the safety of my daughter because she is very conscientious and would go to classes, regardless of Ayers speaking.
9. I also believe that had I called my daughter she would probably just ignore the danger.
10. I called President Buchanan's office to express my concerns for my daughter's safety, but the secretary hung up on me.
11. I then looked up the President of the Board of Trustees on the internet and called President Brown.
12. He returned my call, was kind and understanding, and reassured me that Mr. Ayers was not going to appear in the Classroom building.
13. I had informed Mr. Brown of my concerns for the safety of my daughter in that environment.
14. I do not care if Ayers appears off campus because my daughter will, most likely, be attending classes on campus.
15. It is my opinion that Laramie is a small town and could not be prepared for Mr. Ayer's presence and the possible dangers it might pose.
16. I mentioned to my husband and father that if the First Amendment was going to apply to allow Ayers to speak at the Classroom Building, then the Second Amendment would also apply and I would come with my .38 to escort my daughter to class and make sure that she was safe.



EXHIBIT
D

Further affiant sayeth not.

Dated this 23rd day of April, 2010.

_Sherilyn Likewise_

Sherilyn Likewise


County of Campbell        )

                          )ss

State of Wyoming          )


The foregoing statement was acknowledged before me by Sherilyn Likewise this 22nd of April 2010.

_Christie A. Johnson_

Notary Public

My commission expires: _August 13, 2012_

Christie A. Johnson - Notary Public
County of Campbell    State of Wyoming
My Commission Expires 8-13-2012