# EXHIBIT E

County of Albany  )
                         ) ss
State of Wyoming  )

## AFFIDAVIT PAMELA K. SHUSTER

I, PAMELA K. SHUSTER, being of the age of majority and duly sworn, do upon my oath, depose and state as follows:

1. I am an employee of the University of Wyoming, in the position of Athletics Financial Aid Coordinator. As part of my duties, I help with scheduling of the UniWyo Sports Complex.

2. On April 12, 2010, I had a telephone conversation with Meg Lanker. Ms. Lanker requested to rent the UniWyo Sports Complex on April 28, 2010, at 4:00 p.m. for a lecture by William Ayers.

3. I informed Ms. Lanker that the facility was not available at that time due to a scheduled volleyball practice from 1:00 p.m. to 5:30 p.m. but that the facility was available at 7:00 p.m. Ms. Lanker responded that 7:00 p.m. would not work for Mr. Ayers.

4. During the telephone conversation, I also informed Ms. Lanker that it is not standard practice to rent the UniWyo Sports Complex to individuals for insurance purposes. (See Attachment #1 which is a breakdown of the events for the UniWyo Sports Complex from 2006 to present.) According to my records, the facility has not been rented to an individual during this time period.

5. Ms. Lanker informed me that she would contact Mr. Ayers' agent to discuss the availability of the Sports Complex at 7:00 p.m. instead of 4:00 p.m. Ms. Lanker called back about 10 minutes later, indicating that 7:00 p.m. would work for Mr. Ayers. I reiterated that for insurance purposes we do not normally rent to individuals.

6. I informed Ms. Lanker that the rental fee would be anywhere from $650 to $800, that there would be additional costs for set up, clean up, and security, and that liability insurance is required to rent the facility. Ms. Lanker stated that she would contact Mr. Ayers' agent to see if we could book through the agent.

7. About 30 minutes later, Ms. Lanker called back and left a voice mail message stating that she did want to rent the Sports Complex on April 28, 2010, at 7:00 p.m. and that Mr. Ayers' agent would work with athletics on insurance and contractual issues.

8. I informed Billy B. Sparks, Senior Associate Athletic Director, of the two telephone calls and the follow-up voice message. Mr. Sparks informed Susan Weidel, General Counsel.

9. I did not have any further communication with Ms. Lanker.



EXHIBIT

E

Further affiant sayeth not.

Dated this 23rd day of April, 2010

*Pamela K. Shuster*
Pamela K. Shuster

County of Albany  )
                  ) ss
State of Wyoming  )


The foregoing statement was acknowledged before me by Pamela K. Shuster this 23rd of April 2010.

Witness my hand and official seal.

*Abigail B. Gerhard*
Notary Public

My commission expires: 5|4|2011

ABIGAIL B. GERHARD    NOTARY PUBLIC
COUNTY OF ALBANY    STATE OF WYOMING
MY COMMISSION EXPIRES MAY 4, 2011

### ATTACHMENT 1
### Breakdown of events for the UniWyo Sports Complex
### 2006 to present

| | |
|---|---|
| **January 2006** | - No outside events  - all athletic usage |
| February 2006 | - No outside events  - all athletic usage |
| March 2006 | **-RENTAL** - UW Math Competition, for JR/SR High school students,  attend 250 |
| April 2006 | - No outside events - all athletic usage |
| May 2006 | **- RENTAL** - Wyoming Special Olympics; basketball games, attend 125 (rented other facility also) |
| June 2006 | -No outside events - summer camp usage |
| July 2006 | -No outside events - summer camp usage |
| August 2006 | -No outside events - all athletic usage |
| September 2006 | -No outside events - all athletic usage |
| October 2006 | -No outside events - all athletic usage |
| November 2006 | -No outside events - all athletic usage |
| December 2006 | -No outside events - all athletic usage |
| **January 2007** | -No outside events - all athletic usage |
| February 2007 | -No outside events - all athletic usage |
| March 2007 | -No outside events - all athletic usage |
| April 2007 | **-RENTAL** - Pi Kappa Fight Night; Campus fraternity, fund raiser fights (attendance 400) |
| May 2007 | **-RENTAL** - Wyoming Special Olympics; basketball games, attend 350  (rented other facilities also) |
| June 2007 | -No outside events - summer camp usage |
| July 2007 | -No outside events - summer camp usage |
| August 2007 | -No outside events - summer camp usage |
| September 2007 | -No outside events - all athletic usage |
| October 2007 | -No outside events - all athletic usage |
| November 2007 | -No outside events - all athletic usage |
| December 2007 | -No outside events - all athletic usage |
| **January 2008** | -UW events only |
| February 2008 | -UW events only |
| March 2008 | **-RENTAL** - UW Math Competition;  math competition for JR/SR high school students, attend - 250<br>**-RENTAL** - Clinton for President Speech; Political campaign speech, attend 1300 |
| April 2008 | **-RENTAL** - Pi Kappa Fight Night; Campus fraternity, fund raiser fights,  attend - 450-500 |
| May 2008 | **-RENTAL** - Laramie AAU Volleyball; non-profit club, played volleyball games,  attend 400 (rented other facilities also)<br>**-RENTAL** - Wyoming Special Olympics;  attend 325  (rented other facilities also) |
| June 2008 | -No outside events - summer camp usage |

| July 2008 | -No outside events - summer camp usage |
|---|---|
| August 2008 | -UW events only |
| September 2008 | -UW events only |
| October 2008 | -UW events only |
| November 2008 | -UW events only |
| December 2008 | - UW events only |
| **January 2009** | -UW volleyball practice, UW Club Sports practice, Wrestling competition |
| February 2009 | -UW volleyball practice, UW Club Sports practice, Wrestling competition |
| March 2009 | -UW volleyball practice, Wrestling competition |
| April 2009 | -UW volleyball practice |
| May 2009 | -2009 UW Commencement ceremonies |
| June 2009 | -No outside events<br>-UW athletic sport camps |
| July 2009 | -No outside events<br>-UW athletic sport camps |
| August 2009 | -No outside events<br>-UW volleyball practice |
| September 2009 | -No outside events<br>-UW volleyball competition and practice usage only |
| October 2009 | -UW volleyball competition and practice usage<br>-**RENTAL** - Schrader Funeral Home $400 fee - 325 attendance |
| November 2009 | -No outside events<br>-UW volleyball competition and practice usage only |
| December 2009 | -Athletic Dept. use for 'Student-Athlete Advisory Council' Kids Carnival (80 attendance)<br>-Departmental Christmas Party - 350 attendance<br>-UW Wrestling |
| **January 2010** | -No outside events<br>-UW Wrestling competitions and volleyball/cheerleading practice<br>-UW Club Sports<br>- Volleyball practice |
| February 2010 | -UW Wrestling competitions, volleyball & cheer practice<br>-UW Club Volleyball practice<br>- Intramural wrestling tournament<br>-UW Cheerleading clinic |
| March 2010 | -UW Wrestling competitions, volleyball & cheer practice<br>-UW Club Volleyball practice<br>-**RENTAL** - UW Math Dept.; Math competition for Jr./HS students, 250 attend |
| April 2010 | -UW volleyball spring practice and competition<br>**Scheduled RENTAL:** Laramie AAU Volleyball tournament; non-profit club, play volleyball games, attend 350 (rented other facilities also) |
| May 2010 | -2010 UW Commencement ceremonies |