Thomas S. Rice, No. 6-2928
Monica N. Kovaci, *pro hac vice*
Senter Goldfarb & Rice, L.L.C.
1700 Broadway, Suite 1700
Denver, Colorado 80290
Tele: (303) 320-0509
Fax: (303) 320-0210
Email: trice@sgrllc.com
       mkovaci@sgrllc.com
**Attorneys for Defendants**

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| Plaintiff(s), ) | |
| ) | |
| WILLIAM AYERS ) | |
| MEGHAN LANKER ) | |
| ) | Case No. 10-cv-00079-WFD |
| vs. ) | |
| ) | |
| Defendants ) | |
| ) | |
| UNIVERSITY OF WYOMING ) | |
| TOM BUCHANAN, in his official capacity ) | |

### MOTION TO SUPPLEMENT RESPONSE TO PLAINTIFFS'
### MOTION FOR PRELIMINARY INJUNCTION

Defendants, **UNIVERSITY OF WYOMING** and **TOM BUCHANAN**, by their attorneys, **THOMAS S. RICE** and **MONICA N. KOVACI** of the law firm **SENTER GOLDFARB & RICE, L.L.C.**, hereby move the Court for an order allowing them to supplement their Response to Plaintiffs' Motion for Preliminary Injunction.

**AS GROUNDS THEREFOR**, Defendants state as follows:

1.   On April 22, 2010, the Court set a preliminary injunction hearing for Monday, April 26, 2010 and ordered Defendants to file their Response to Plaintiffs' Motion for Preliminary Injunction by 5 p.m. on Saturday, April 24, 2010.

2.   Defendants filed a timely Response.  [DOC. # 19.]

3.   However, due to the short deadline, Defendants did not obtain the executed affidavit of Dr. Taylor H. Haynes, a member of the Board of Trustees of the University of Wyoming, before the filing deadline.  Dr. Haynes was away from his ranch yesterday and submitted to Defendants an executed affidavit upon his return.

4.   Accordingly, Defendants request to supplement their Response to add the Affidavit of Dr. Haynes as Exhibit F.

**WHEREFORE**, Defendants respectfully request that this Court grant their Motion to Supplement Response to Plaintiffs' Motion for Preliminary Injunction and accept the Affidavit of Dr. Haynes as Exhibit F to the Response.

Respectfully submitted this 25th day of April, 2010.

 s/ Thomas S. Rice  
Thomas S. Rice

s/ Monica N. Kovaci  
Monica N. Kovaci  
Senter Goldfarb & Rice, L.L.C.  
1700 Broadway, Suite 1700  
Denver, Colorado 80290  
Tele:(303) 320-0509  
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th day of April, 2010 a true and correct copy of the above and foregoing **MOTION TO SUPPLEMENT RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

David Lindsey
7887 E. Belleview Avenue, Suite 1100
Englewood, Colorado 80111
david@mdavidlindsey.com

David A. Lane
Darold W. Killmer
Qusair Mohamedbhai
Killmer, Lane & Newman, L.L.P.
1543 Champa Street, Suite 400
Denver, Colorado 80202
dlane@kln-law.com
dkillmer@kln-law.com
qmohamedbhai@kln-law.com

                                        s/ Monica N. Kovaci
                                        Monica N. Kovaci