# EXHIBIT F

Case 2:10-cv-00079-WFD    Document 20-2    Filed 04/25/2010    Page 2 of 3

## AFFIDAVIT OF DR. TAYLOR H. HAYNES

I, TAYLOR H. HAYNES being of the age of majority and duly sworn, do upon my oath, depose and state as follows:

1. I am rancher and retired physician living in Laramie County, Wyoming.
2. I have been a member of the University of Wyoming, Board of Trustees since 1999.
3. On March 26, 2010, I learned that Mr. Ayers had been invited to speak on the University of Wyoming campus in Laramie.
4. On Saturday, March 27, 2010, I was traveling in the Wheatland area and I stopped at a local truck stop.
5. I was approached by a man who was standing with a group of people. He asked me if I was a Trustee at the University. I indicated that I was.
6. The man then stated that Mr. Ayers would look really good in the cross-hairs. The other people in the group all chuckled at the remark.
7. I did not respond and walked away.
8. In January, 2010, I attended a meeting of the Wyoming Patriot Alliance at the public library in Cheyenne, Wyoming. I am an active member of the Wyoming Patriot Alliance.
9. At the conclusion of the meeting, I went to my vehicle in the library parking lot.
10. A group of 6 – 8 men were standing near my vehicle having a conversation. I did not know any of the individuals in the group.
11. They asked me what I thought of the meeting and I explained that I thought political change could come through organizing and selecting good candidates to run for office.
12. One individual in the group stated" "It's too far gone for that." He also stated: "You better be ready, we're just going to take 'em down. It's time to do something."
13. I had never heard this kind of talk from any of the people I knew. The individuals in the group were cordial to me but I felt like they were hoping for an opportunity for an armed confrontation with the government. They were not interested in making changes through the political process.
14. The group was very serious and quite frightening.
15. When I heard that Mr. Ayers was coming to UW, and after the encounter in the Wheatland truck stop, I was very concerned about the potential for violence at the University during Mr. Ayers visit. I recalled the group of men I had encountered in January and I thought that this group could precipitate a violent encounter.
16. I felt very strongly that the individuals in the group were looking for an event that could serve as the reason for an armed conflict. I was very concerned that the Ayers visit would be that event.



EXHIBIT F

17. Because of these concerns, I called Chuck Brown, President of the University of Wyoming, Board of Trustees. I made the call on March 28th or 29th. I told him that I was extremely concerned about safety and security at the event and that there could be people who would use the event to precipitate acts of violence.

Further Affiant sayeth not.

*[signature]*

Dr. Taylor H. Haynes

*[Notary seal: Susan A. Alms, Notary Public, County of Laramie, State of Wyoming, My Commission Expires Nov. 18, 2012]*