David C. Clark
Bar No. 5-2380
City Attorney
City of Laramie
P.O. Box "C"
406 Ivinson Street
Laramie, WY 82073
(307) 721-5321
dclark@ci.laramie.wy.us

Attorney for City of Laramie

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

APR 2 6 2010  9:10 am

Stephan Harris, Clerk
Casper

# UNITED STATES DISTRICT COURT

## STATE OF WYOMING

Plaintiffs

WILLIAM AYERS
MEGHAN LANKER

vs.                                           Case No. 2010-CV-79-D

UNIVERSITY OF WYOMING
TOM BUCHANAN, in his official
capacity

## MOTION TO QUASH SUBPOENA

COMES NOW the City of Laramie, by and through its attorney, David C. Clark, and moves the Court for an Order Quashing the subpoena issued and served upon its Chief of Police, Dale Stalder, for the reason that the testimony anticipated to be solicited is confidential in nature pursuant to the provisions of Wyoming Statutes § 16-4-201, et seq.

In support of its motion, the City of Laramie avers the following facts:

1. The City of Laramie is a municipal corporation in the State of Wyoming, located in Albany County.
2. The University of Wyoming is located within the municipal limits of the City of Laramie.
3. Dale Stalder is the Chief of Police for the City of Laramie at all relevant times herein.
4. On April 23, 2010 Chief Stalder received a telephone call from plaintiffs' counsel Mohamedbhai of Killmer, Lane & Newman, who made inquiry into the intent of the Laramie Police Department as to the anticipated visit of plaintiff Ayers to the University of Wyoming, or an alternate location within the City of Laramie.
5. Specific inquiry was made as to the cooperation between the City of Laramie Police Department and the University Police Department as to the security arrangements for the anticipated visit of plaintiff Ayers.
6. Chief Stalder was then served a subpoena from the plaintiffs in the evening hours of April 23, 2010 requiring his attendance on Monday, April 26, 2010 at 10:00 a.m. in U.S. District Court, Casper, Wyoming.
7. The City of Laramie Police Department has a planning policy in place for such events that anticipate crowds to be invited within the jurisdictional limits of the City, but the plans and the policy are not for release to the public to prevent individuals from anticipating the actions of the Police Department or the individual officers while engaged in security activities.
8. The release of such plans or policies could provide any member of the public with an opportunity to disrupt the operations of the Police Department in a given situation.

The City of Laramie is prepared to provide evidence of such facts as averred herein at the time of the hearing to which Chief Stalder was subpoenaed.

  The City of Laramie would further move that this motion be heard *in camera* to prevent any unauthorized release of information to the public.

  DATED this 26th day of April, 2010.

                   _____
                   David C. Clark
                   City Attorney

## Certificate of Service

    I hereby certify that a true and accurate copy of the attached Motion To Quash Subpoena was served upon the other parties in accordance with the U.S. District Court Rules of Civil Procedure by hand delivering a copy to the person(s) listed below on the 26th day of April, 2010 and by e-mailing a copy (unsigned) to the address(es) provided in the Court documents on the 25th day of April, 2010.

                                                            _____
                                                            David C. Clark
                                                            City Attorney