**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| WILLIAM AYERS, et al | ) |
|     Plaintiffs', | ) |
|     vs. | )    Case No.10CV79-D |
| UNIVERSITY OF WYOMING, et al, | ) |
|     Defendants'. | ) |

**MINUTE ORDER**

**Minute Order entered by Honorable William F. Downes:**

Pursuant to the Plaintiffs' [17] Motion for appearance by telephone filed April 23, 2010;

**IT IS HEREBY ORDERED:**

The Plaintiff William Ayers shall be permitted to appear via skype for the hearing set for April 26, 2010.

DATED this 26th day of April, 2010.

Honorable William F. Downes
Chief, U.S. District Judge

By      Tiffany Dyer
Deputy Clerk

To:
Counsel of Record