

**FILED**

*9:56 am, 4/26/10*

**Stephan Harris**
**Clerk of Court**

Thomas S. Rice, No. 6-2928
Monica N. Kovaci, *pro hac vice*
Senter Goldfarb & Rice, L.L.C.
1700 Broadway, Suite 1700
Denver, Colorado 80290
Tele: (303) 320-0509
Fax: (303) 320-0210
Email: trice@sgrllc.com
       mkovaci@sgrllc.com
**Attorneys for Defendants**

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| Plaintiff(s), | ) |
| | ) |
| WILLIAM AYERS | ) |
| MEGHAN LANKER | ) |
| | ) Case No. 10-cv-00079-WFD |
| vs. | ) |
| | ) |
| Defendants | ) |
| | ) |
| UNIVERSITY OF WYOMING | ) |
| TOM BUCHANAN, in his official capacity | ) |

## ORDER

    **THIS MATTER** comes before the Court on Defendants' Motion to Supplement Response to Plaintiffs' Motion for Preliminary Injunction. The Court having considered said Motion and being fully advised in the premises, it is hereby

**ORDERED** that said Motion to Supplement Response to Plaintiffs' Motion for Preliminary Injunction is **GRANTED** and the Affidavit of Dr. Taylor H. Haynes is accepted as Exhibit F to the Response.

**ENTERED** this ____26th____ day of ____April____ 2010.

                                **BY THE COURT:**

                                *William F. Downes*
                                _____