# CIVIL MINUTE SHEET
# ORAL RULING

☐ **Telephonic**

Date: 04/27/10  
Time: 1:43 - 2:25 pm  
Case No.: 10CV79-D  
Interpreter: _____  
Int. Phone: _____  

WILLIAM AYERS, et al   VS   UNIVERSITY OF WYOMING, et al

| William F. Downes | Tiffany Dyer | Jamie Hendrich | Heather Lloyd |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

| Hoose/Ramsey | n/a |
|---|---|
| Marshal | Probation Officer |

Attorney(s) for Plaintiff(s): Darold Killmer, David Lane, Michael Lindsey, Qusair Mohamedbhai,

Attorney(s) for Defendant(s): Monica Kovaci, Thomas Rice,

| Pltf / Dft | Pleading No. | Motion to/for | Disposition |
|---|---|---|---|
| Planitiff | 2 | Preliminary Injunction | Granted |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Other

All counsel appeared via VTC from the 10th Circuit Courthouse in Denver, CO -
An order is forthcoming by the Court