FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

APR 27 2010

Stephan Harris, Clerk
Casper

# United States District Court
## For The District of Wyoming

| | |
|---|---|
| WILLIAM AYERS and MEGHAN LANKER, ) ) ) | |
| Plaintiffs, ) ) | Case No. 10-CV-79-D |
| vs. ) ) | |
| UNIVERSITY OF WYOMING and TOM BUCHANAN, in his official capacity, ) ) ) | |
| Defendants. | |

### ORDER GRANTING PRELIMINARY INJUNCTION

THIS MATTER comes before the Court on Plaintiffs' Motion for Preliminary Injunction. The Court, having reviewed the parties' submissions and having conducted an expedited evidentiary hearing, and being otherwise fully advised in the premises of this matter issued an oral ruling at 1:30 pm on this date. For the reasons articulated on the record, the Court ORDERS:

Plaintiff's Motion for Preliminary Injunctive Relief is hereby **GRANTED**. Defendants are hereby enjoined from prohibiting Professor Ayers' from speaking at the University of Wyoming Sports Complex (also referred to as the Multi-Purpose Gym) on Wednesday, April 28, 2010. Further, the University must take all reasonable steps, consistent with this Order to coordinate with the Plaintiffs in scheduling Professor Ayers'

on campus address and to take all prudent steps to maintain order and to provide for the safety of participants and spectators. In this regard, the Court takes notice of the University of Wyoming's Central Scheduling Policy and the fact that critical provisions contained therein appear to be discretionary. Given the constraints of time, the University is admonished that it cannot place unreasonable contractual demands on the Plaintiffs which would frustrate the implementation of this Order.

DATED this 27th day of April, 2010.

*[signature]*
Chief United States District Judge